### (December 23, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL RIOS, Also Known as CARLOS GONZALEZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 30, 1975, unanimously affirmed (see People v Parker, 41 NY2d 21). No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Capozzoli, JJ.

■ BANKERS TRUST COMPANY (Successor by Merger to Lawyers Trust Company) as Trustee of EDWARD W. BROWNING, Deceased, Respondent, v GRAHAM COURT ASSOCIATES et al., Appellants.—Order, Supreme Court, New York County, entered on June 10, 1976, unanimously affirmed, for the reasons stated by Gomez, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Birns, Capozzoli, Lane and Nunez, JJ.